FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Jun 22, 2026

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

BURROWS TRACTOR INC.,

Plaintiff,

v.

ZIMENO INC., d.b.a., MONARCH
TRACTOR,

Defendant.

No.  1:25-CV-03223-ACE

ORDER TO DISMISS WITHOUT
PREJUDICE

**ECF No. 13**

**BEFORE THE COURT** is the Court's June 4, 2026 Order to Show Cause Why This Matter Should Not Be Dismissed For Failure to Prosecute,[1] ECF No. 12, and Plaintiff's subsequent notice of voluntary dismissal, ECF No. 13.

The Court's June 4, 2026 order directed Plaintiff, within 14 days, to show cause why this action should not be dismissed for failure to prosecute.  ECF No. 12.  Plaintiff was cautioned that if it failed to show cause within the specified time period, the case would be dismissed without prejudice.  *Id*.

On June 18, 2026, Plaintiff filed a notice of voluntary dismissal, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), in order to dismiss all claims in the case without prejudice.  ECF No. 13.

---

[1]Plaintiff filed a complaint on December 22, 2025, ECF No. 1, and Defendant has not filed an answer or otherwise responded to the complaint.  There had been no activity in the case since February 2026.

ORDER . . . - 1

Based on the foregoing, and good cause appearing therefor, **IT IS HEREBY ORDERED** Plaintiff's complaint, ECF No. 1, is **DISMISSED WITHOUT PREJUDICE**.

**IT IS SO ORDERED**.  The District Court Executive is directed to file this order, provide copies to counsel, and **CLOSE THE FILE**.

DATED June 22, 2026.



ALEXANDER C. EKSTROM
UNITED STATES MAGISTRATE JUDGE

ORDER . . . - 2